UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILES FAISON,

      Plaintiff,                                    Case No. 13-15014

                                                     Paul D. Borman
v.                                                       United States District Judge

                                                     Mona K. Majzoub
STATE FARM FIRE AND                    United States Magistrate Judge
CASUALTY COMPANY,

      Defendant.

_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MONA K. MAJZOUB'S JUNE 18, 2015 REPORT AND RECOMMENDATION (ECF NO. 33), (2) GRANTING DEFENDANT'S MOTION FOR ORDERS TO SHOW CAUSE REGARDING SUBPOENAED NON-PARTY WITNESSES RENEE GLENN AND RENEE FRANKLIN (ECF NO. 30) and (3) ORDERING NON-PARTY WITNESSES **RENEE GLENN** AND **RENEE FRANKLIN** TO APPEAR BEFORE THIS COURT ON **AUGUST 6, 2015 AT 10:30 A.M.** TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH SUBPOENAS

      On June 18, 2015, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant Defendant State Farm Fire and Casualty Company's ("State Farm") Motion for Orders to Show Cause Regarding Subpoenaed Non-Party Witnesses Renee Glenn and Renee Franklin. (ECF No. 33, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS State Farm's Motion and ORDERS Non-Party Witnesses **Renee Glenn** and **Renee Franklin** to appear before this Court, the United States District Court for Eastern District of Michigan, Southern Division, 231 W. Lafayette Blvd., Detroit, Michigan 48226, Room 737, on **Thursday, August 6, 2015 at 10:30 a.m.**, to show

1

cause why they should not be adjudged in contempt for failing to comply with State Farm's properly served subpoenas as set forth in the facts certified by Magistrate Judge Majzoub in her June 18, 2015 Report and Recommendation, a copy of which is attached to this Order as Exhibit A.

Failure to appear and show cause as directed by this Order will result in a finding of civil contempt.

IT IS SO ORDERED.


                                               s/Paul D. Borman  
                                               PAUL D. BORMAN  
                                               UNITED STATES DISTRICT JUDGE

Dated:  July 14, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 14, 2015.


                                               s/Deborah Tofil  
                                               Case Manager